IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br> *Plaintiff*,<br><br>v.<br><br>JOSHUA A. WEISS and GRAINNE M. COEN,<br><br> *Defendants*. | Civil Action File No.<br>1:24-CV-06988 (LJL) |

## ORDER TO PRODUCE INCARCERATED PERSON FOR DEPOSITION

Upon the application of defendants Grainne M. Coen, Joshua A. Weiss, and plaintiff Securities and Exchange Commission, for leave to take the deposition of nonparty Paul Roberts (BOP Register No. 35983-511), an incarcerated person, the Court hereby **GRANTS** leave to the parties for the taking of Roberts' deposition pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure.

**IT IS HEREBY ORDERED**: (1) that the Superintendent Delta Barometre, the Warden, or other official in charge at FCI Otisville Correctional Facility produce incarcerated person Paul Roberts (BOP Register No. 35983-511) for the taking of his deposition by the parties on July 30, 2025 commencing at 10:00 a.m. local time and for so long thereafter as the deposition continues; (2) Paul Roberts (BOP Register No. 35983-511) appear in such a place as designated by the Superintendent, Warden, or other official in charge of the FCI Otisville Correctional Facility so that his deposition may be taken; and (3) that also present at the deposition will be a court reporter to be designated by Defendants.

SO ORDERED, this __4th__ day of ____June____, 2025.

1

_____
Hon. Lewis J. Liman
United States District Judge
Southern District of New York

SO STIPULATED AND AGREED.

*/s/ Joshua Mayes*
Joshua Mayes, *pro hac vice*
Georgia Bar No. 143107
Rachel Gage, *pro hac vice*
Georgia Bar No. 547982
Kacey F. Baine, *pro hac vice*
Georgia Bar No. 550607
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, NW
Atlanta, Georgia 30318
Telephone: (678) 701-9381
jmayes@robbinsfirm.com
rgage@robbinsfirm.com
kbaine@robbinsfirm.com

*Counsel for Defendant Grainne Coen*

*/s/ Paul M. Krieger*
Paul M. Krieger
Oleg M. Shik
Chandini Jha
KKL LLP
350 Fifth Avenue, Suite 7710
New York, New York 10118
Tel.: (212) 390-9550
Paul.Krieger@kklllp.com
Oleg.Shik@kklllp.com
Chandini.Jha@kklllp.com

*Counsel for Defendant Joshua A. Weiss*

*/s/ Terry R. Miller*
Jodanna L. Haskins
haskinsjo@sec.gov
Terry R. Miller
millerte@sec.gov

2

Securities and Exchange Commission
1961 Stout Street, 17th Floor
Denver, Colorado 80294
(303) 844-1000

*Counsel for Plaintiff SEC*

<u>/s/ Nathaniel P. T. Read</u>
Nathaniel P. T. Read
N. Read & Co. PLLC
nread@readandco.com
260 Madison Avenue, 16th Floor
New York, New York 10016
Tel.: (212) 750-3771

*Counsel for Incarcerated Deponent Paul Roberts*