**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Byron G. Rogers Federal Building, 1961 Stout St., Suite 1700
Denver, CO 80294-1961

**Denver Regional Office**

September 19, 2025

**VIA ECF**

Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

      Re:    *SEC v. Weiss et al.*, No. 24-cv-06988-LJL [rel. 24-cv-06990];
              Joint Letter-Motion to Conduct October 9, 2025 Status Conference by
              Telephone

Dear Judge Liman:

      Pursuant to section 1.C of Your Honor's Individual Practices in Civil Cases, the parties submit this joint letter-motion requesting that the Status Conference scheduled for October 9, 2025 be conducted telephonically for the following reasons.

      *First*, the parties anticipate fact discovery will be completed by October 7, 2025 and all discovery will be completed by December 17, 2025 as required by the Case Management Plan and Scheduling Order [ECF 25]. There are also no pending motions awaiting Court review.

      *Second*, the parties have been traveling extensively for depositions in this matter over the last two months and are scheduled to be in New York conducting the remaining depositions from September 29-30, 2025. Counsel for the SEC and counsel for Grainne Coen are located out of state and would, therefore, have to return to New York the following week to attend the Status Conference. Proceeding with the October 9th Status Conference by telephone will preserve resources.

      Accordingly, for the above reasons, the parties respectfully request that the October 9, 2025 Status Conference be conducted telephonically.

1

Respectfully submitted,

*s/ Jodanna L. Haskins*
Jodanna L. Haskins
Terry R. Miller
United States Securities and Exchange Commission
1961 Stout Street, 17th Floor
Denver, Colorado 80294
*Attorneys for Plaintiff*


*s/ Paul M. Krieger*
Paul M. Krieger
Oleg M. Shik
Chandini Jha
Ben W. Perotin
**KKL LLP**
350 Fifth Avenue, Suite 7710
New York, New York 10118
*Attorneys for Joshua A. Weiss*


*s/ Joshua A. Mayes*
Joshua A. Mayes
Rachel F. Gage
Kacey F. Baine
ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC
500 14th Street NW
Atlanta, Georgia 30318
*Attorneys for Grainne M. Coen*