

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
BYRON G. ROGERS FEDERAL BUILDING, 1961 STOUT ST., SUITE 1700
DENVER, CO 80294-1961

DENVER
REGIONAL OFFICE

October 6, 2025

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

The request to adjourn the status conference is GRANTED. The Conference is rescheduled for November 12, 2025, at 11:00 a.m.

Date: October 6, 2025

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *SEC v. Weiss et al.*, No. 24-cv-06988-LJL [rel. 24-cv-06990];
       Letter-Motion to Adjourn October 9, 2025, Status Conference

Dear Judge Liman:

Pursuant to section 1.D of Your Honor's Individual Practices in Civil Cases, the SEC requests adjournment of the status conference scheduled for October 9, 2025. On September 30, 2025, counsel for the SEC conferred with counsel for Defendants, who stated that Defendants consent to this request if the circumstances described below existed on the date of this letter.

Pursuant to section 1.D: (1) the original scheduled date of the status conference is October 9, 2025; (2) there has been no previous request for adjournment of the status conference (the Court previously granted the parties' request that the conference be held telephonically, Dkt. 56); (3) Defendants consent to this request; and (4) aside from the October 9 scheduling conference, there is no other scheduled appearance before the Court in this matter.

Good cause exists for the request to adjourn the status conference. Due to a lapse in appropriations, the SEC shut down as of October 1, 2025. Most personnel have been furloughed (with limited exceptions) and are prohibited from working. The SEC attorneys assigned to this matter have been furloughed and thus are not available to work on this matter. Employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342.

Accordingly, it is appropriate that the October 9 status conference be adjourned *sine die* until the shutdown ends. The SEC therefore requests an order adjourning the

conference and providing that the conference will be rescheduled after the SEC shutdown ends. Counsel for the SEC will notify the Court promptly when the shutdown ends.

    Respectfully submitted,

    *s/ Terry R. Miller*
    Jodanna L. Haskins
    Terry R. Miller
    United States Securities and Exchange Commission
    1961 Stout Street, 17th Floor
    Denver, Colorado 80294
    *Attorneys for Plaintiff*