UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                :

SECURITIES AND EXCHANGE COMMISSION,  :

                                :

          Plaintiff,            :

                                :          24-cv-6988 (LJL)

     -v-                   :

                                :            ORDER

JOSHUA A. WEISS and GRAINNE M. COEN,  :

                                :

         Defendants.       :

                                :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/7/2026___

LEWIS J. LIMAN, United States District Judge:

The Court held a post-discovery status conference in this matter today, April 7, 2026.  As indicated on the record at the conference:

Trial in this matter will begin on September 22, 2026, at 9:30 AM in Courtroom 15C of the 500 Pearl Street Courthouse.  The Court will hold a pretrial conference on September 9, 2026, at 2:00 PM in Courtroom 15C of the 500 Pearl Street Courthouse.

All deadlines for Defendant Weiss are hereby stayed pending further order of the Court. Either Weiss or the S.E.C. may apply to lift the stay.


     SO ORDERED.

Dated: April 7, 2026
      New York, New York                      _____
                                       LEWIS J. LIMAN
                                United States District Judge