ROBBINS

LITIGATION AND REGULATORY LAW

**JOSHUA MAYES**
DIRECT LINE: 404.856.3266
Email: jmayes@robbinsfirm.com

July 14, 2026

**VIA ECF**
Hon. Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

**Re:** ***Securities and Exchange Commission v. Joshua A. Weiss and Grainne M. Coen*** **(S.D.N.Y.), Civil Action File No. 24-CV-06988-LJL, Consent Letter Motion to Allow Expert Witness to Appear at Trial by Remote Video Conference**

Dear Judge Liman:

Pursuant to Federal Rule of Civil Procedure Rule 43(a), Defendant Grainne Coen files this letter motion to allow her expert witness, Ana Petrovic, to appear at the trial of this matter by remote video conference. The trial is scheduled to begin September 22, 2026. The reason for the request is that Ms. Petrovic resides in California and is expecting a baby in early October 2026. Her physician recommends that she refrain from travel beginning August 1. (A letter from Ms. Petrovic's physician is attached as **Exhibit 1**.) The SEC has advised that – without waiving the arguments in its Motion in Limine regarding Ms. Petrovic – it does not oppose this request.

Under Federal Rule of Civil Procedure 43(a), "the judge has discretion to allow live testimony by video for good cause in compelling circumstances and with appropriate safeguards." Rodriguez v. Gusman, 974 F.3d 108, 114 (2d Cir. 2020). Here, good cause and compelling circumstances exist to allow Ms. Petrovic to testify remotely. She is not able to travel safely at the time of the trial. A remote video conference will allow her to testify contemporaneously to the jury, including cross examination. Appropriate safeguards, including a proper location and adequate technology, will be in place.

Accordingly, Defendant Coen respectfully requests that this Court issue an Order permitting Ms. Petrovic to appear at trial by remote video link, pursuant to Rule 43(a).

The parties appreciate the Court's consideration and attention to this matter.

Respectfully submitted,

*/s/ Joshua A. Mayes*
Joshua A. Mayes
Rachel F. Gage
Kacey F. Baine
**Robbins Alloy Belinfante Littlefield LLC**
500 14th Street NW
Atlanta, Georgia 30318

*Attorneys for Grainne M. Coen*

RFG/db

The request is GRANTED on consent and without prejudice to the SEC's arguments in its motion in limine.
Date: July 15, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge