USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 07/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-v-

JOSHUA A. WEISS and GRAINNE M. COEN,

Defendants.

---------------------------------------------------------------------X

24-cv-6988 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This order memorializes the rulings made at the conference on July 28, 2026.

Trial in this case is adjourned to January 19, 2027. This represents a change from the January 18, 2027 date set at the conference due to the federal holiday.

The Court will hold a final pretrial conference on December 17, 2026 at 11:00 a.m. in Courtroom 15C of the 500 Pearl St. Courthouse.

SO ORDERED.

Dated: July 28, 2026
New York, New York

LEWIS J. LIMAN
United States District Judge